# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NOS.: 3:09cr4/MCR/EMT
                                                                     3:16cv276/MCR/EMT

JOHNNY LEE OLDS

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 23, 2019. ECF No. 70. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 72.

Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted

and incorporated by reference in this Order.

    2.    The Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 63) is **DISMISSED** for lack of jurisdiction under 28 U.S.C. § 2255(h).

    3.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 10th day of July 2019.


    *M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**